UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINICK VOLINO ET AL.,
                Plaintiffs :
:     21 Civ. 6243 (LGS)
         -against-
:     <u>ORDER</u>
PROGRESSIVE CASAULTY INSURANCE
COMPANY ET AL.,
                Defendants. X
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for September 23, 2021;

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

      **ORDERED** that the September 23, 2021, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

      **ORDERED** that if Defendants seek to file a motion to dismiss and if Plaintiffs seek to file a motion for class certification, they shall file a pre-motion letter pursuant to the Individual Rules.  Plaintiffs shall file their class certification pre-motion letter, if any, by **February 11, 2022**.  It is further

      **ORDERED**, regarding settlement discussions, if the parties decide to proceed with a

settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: September 17, 2021
      New York, New York

                                                LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE