UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
DOMINICK VOLINO, JOHN PLOTTS,
KEVIN LUKASIK, LORENZO COSTA,
ZACHARY GOODIER, and JAMES ENGLAND
on behalf of themselves and all
others similarly situated.

      Plaintiffs,

           -v-                                Civil Action No. 1:21-cv-6243-LGS

PROGRESSIVE CASUALTY INSURANCE
COMPANY, PROGRESSIVE ADVANCED
INSURANCE COMPANY,
PROGRESSIVE MAX INSURANCE
COMPANY, and PROGRESSIVE SPECIALTY
INSURANCE COMPANY,

      Defendants.
-----------------------------------------------------------

### DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Julia C. Barrett dated November 10, 2021, and accompanying exhibits, and all other papers and proceedings in this matter, Defendants Progressive Casualty Insurance Company, Progressive Advanced Insurance Company, Progressive Max Insurance Company, and Progressive Specialty Insurance Company ("Defendants") will move this Court, before the Honorable Lorna G. Schofield, at Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an order Granting Defendants' Motion to Dismiss. The basis for the motion is set forth in the accompanying Memorandum of Law.

Dated: November 10, 2021

/s/ *Jeffrey S. Cashdan*
Jeffrey S. Cashdan (admitted *pro hac vice*)
Zachary A. McEntyre (admitted *pro hac vice*)
J. Matthew Brigman (admitted *pro hac vice*)
Allison Hill White (admitted *pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5100
jcashdan@kslaw.com
zmcentyre@kslaw.com
mbrigman@kslaw.com
awhite@kslaw.com

Julia C. Barrett (admitted *pro hac vice*)
**KING & SPALDING LLP**
500 W. 2nd Street
Austin, Texas 78701
Telephone: (512) 457-2000
Fax: (512) 457-2100
jbarrett@kslaw.com

Laura E. Harris
**KING & SPALDING LLP**
1185 Avenue of the Americas
34th Floor
New York, NY 10036-4003
Telephone:  (212) 556-2100
Fax:  (212) 556-2222
lharris@kslaw.com

*Counsel for Defendants*

2