In the Court's decision regarding whether a document may be filed under seal, the three-part test in *Lugosch* -- not the Parties' Protective Order -- controls. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). Defendants and third parties Mitchell International, Inc. and J.D. Power shall file a letter(s) by **March 31, 2022**, stating whether they seek to maintain the redacted portions of Plaintiffs' letter at Dkt. No. 95 under seal, and if so, identifying the basis for sealing the redacted portions in accordance with the three-part test in *Lugosch*.

Plaintiffs shall serve a copy of this Order on third parties Mitchell International, Inc. and J.D. Power by **March 29, 2022**.

So ordered.

Date: March 28, 2022
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:   *Volino, et. al. v. Progressive Casualty Ins. Co.*, et al., No. 1:21-cv-06243-LGS

Dear Judge Schofield:

Pursuant to Rule I.D.3 of the Court's Individual Rules of Practice, and the Stipulated Protective Order entered on October 21, 2021 (Doc. 45), Plaintiffs respectfully request leave to file under seal Plaintiffs' letter-motion requesting a pre-motion conference to file a motion for class certification. The letter-motion references and discusses information that Defendants Progressive Advanced Insurance Company ("PAIC"), Progressive Max Insurance Company ("PMIC"), and Progressive Casualty Insurance Company ("PCIC") (collectively "Defendants") have designated as confidential as well as information that third parties Mitchell International, Inc. ("Mitchell) and J.D. Power have designated as confidential. Plaintiff seeks leave to file the letter-motion under seal to protect Defendants', Mitchell's and J.D. Powers's confidential information. Pursuant to Rule I.D.3, and paragraph ten of the Stipulated Protective Order, a redacted copy of the letter-motion will be publicly filed contemporaneously, along with a copy of the unredacted letter with highlighted redactions under seal.

Counsel for Plaintiffs conferred with Defendants' counsel, who agreed that the letter-motion requesting a pre-motion conference on Plaintiffs' motion for class certification should be filed under seal.

Respectfully submitted,

Hank Bates

cc: All Counsel of Record via ECF

APPENDIX 1

Pursuant to Rule I.D(3), the following attorneys of record should have access to the sealed letter-motion requesting a premotion conference on Plaintiffs' motion for class certification:

| **Counsel for Plaintiffs** | **Counsel for Defendants** |
|---|---|
| Jacob L. Phillips (*Pro Hac Vice*)<br>**NORMAND PLLC**<br>3165 McCrory Place, Suite 175<br>Orlando, FL 32803<br>Telephone: (407) 603-6031<br>Email: jacob.phillips@normandpllc.com<br>Email: ean@normandpllc.com<br><br>Joseph Henry (Hank) Bate, III (*Pro Hac Vice*)<br>Tiffany Wyatt Oldham (*Pro Hac Vice*)<br>Edwin Lee Lowther, III (*Pro Hac Vice*)<br>Jake G. Windley (*Pro Hac Vice*)<br>**Carney Bates & Pulliam, PLLC**<br>519 W. 7th Street<br>Little Rock, AR 72201<br>Telephone: (501) 312-8500<br>Email: hbates@cbplaw.com<br>Email: toldham@cbplaw.com<br>Email: llowther@cbplaw.com<br>Email: jwindley@cbplaw.com<br><br>Mariam Grigorian (*Pro Hac Vice*)<br>**Shamis & Gentile, P.A.**<br>14 NE 1st Avenue, Suite 705<br>Miami, FL 33132<br>Telephone: (305) 479-2299<br>Email: mgrigorian@shamisgentile.com<br><br>Scott Adam Edelsberg (*Pro Hac Vice*)<br>Christopher Chagas Gold (*Pro Hac Vice*)<br>**Edelsberg Law**<br>20900 NE 30th Avenue, Suite 417<br>Aventura, FL 33180<br>Telephone: (305) 975-3320<br>Email: scott@edelsberglaw.com<br>Email: chris@edelsberglaw.com | Laura Elizabeth Harris<br>**King & Spalding LLP**<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 790-5360<br>Fax: (212) 556-2222<br>Email: lharris@kslaw.com<br><br>Jeffrey Cashdan (*Pro Hac Vice*)<br>Allison Hill White (*Pro Hac Vice*)<br>James Matthew Brigman (*Pro Hac Vice*)<br>Zachary Andrew McEntyre (*Pro Hac Vice*)<br>**King & Spalding LLP**<br>1180 Peachtree Street NE, Suite 1700<br>Atlanta, GA 30309<br>Telephone: (404) 572-5600<br>Email: jcashdan@kslaw.com<br>Email: awhite@kslaw.com<br>Email: mbrigman@kslaw.com<br>Email: zmcentyre@kslaw.com<br><br>Julia Constance Barrett (*Pro Hac Vice*)<br>**King & Spalding LLP**<br>500 W. 2nd Street, Suite 1800<br>Austin, TX 78701<br>Telephone: (512) 457-2053<br>Email: jbarrett@kslaw.com |

| | |
|---|---|
| Thomas M. Mullaney<br>**Law Offices of Thomas M. Mullaney**<br>530 Fifth Avenue, 23rd Floor<br>New York, NY 10036<br>Telephone: (212) 223-0800<br>Fax: (212) 661-9860<br>Email: Mulllaw@msn.com | |