UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                               :
DOMINICK VOLINO, et al.,                            :
                               Plaintiffs,    :       21 Civ. 6243 (LGS)
                                                        :       22 Civ. 1714 (LGS)
        -against-                                 :
                                                        :          ORDER
PROGRESSIVE CASUALTY INSURANCE   :
COMPANY, et al.,                                  :
                                     Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on March 8, 2022, Plaintiffs in 22 Civ. 1714 filed a statement of relatedness stating that an earlier filed action, *Volino v. Progressive Casualty Ins. Co.*, No. 21 Civ. 6243, "involves issues of fact and law in common with this later filed case" including challenges to "the legality of Progressive's use and application of Projected Sold Adjustments when determining the actual cash value of the loss vehicles of New York claimants." (Dkt. No. 7 at 2.) Both actions assert New York General Business Law § 349 ("NYGBL") and breach of contract claims.

       WHEREAS, on April 3, 2022, 22 Civ. 1714 was reassigned to this Court. It is hereby

       **ORDERED** that by **April 8, 2022**, the parties shall file a joint letter addressing whether the parties will agree to consolidation of the two actions and, if not, the grounds for any objections.

Dated: April 4, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE