UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DOMINICK VOLINO, ET AL.,                                    :
                          Plaintiffs,                 :
                                                            :     21 Civ. 6243 (LGS)
        -against-                                          :
                                                            :     <u>ORDER</u>
PROGRESSIVE CASUALTY INSURANCE                              :
COMPANY, ET AL.,                                            :
                         Defendants.                 :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the pre-motion conference scheduled for June 29, 2022, is adjourned **sine die**.

Dated:  June 24, 2022
         New York, New York

                                              **LORNA G. SCHOFIELD**
                                  **UNITED STATES DISTRICT JUDGE**