UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                     :
DOMINICK VOLINO, et al.,                  :
                         Plaintiffs,    :
                                                           :         21 Civ. 6243 (LGS)
          -against-                            :
                                                           :
PROGRESSIVE CASUALTY INSURANCE     :
COMPANY, et al.,                           :
                         Defendants.   :
------------------------------------------------------------ X
                                                  :
MICHAEL VERARDO, et al.,               :
                        Plaintiffs,    :
                                                        :         22 Civ. 1714 (LGS)
         -against-                             :
                                                   :               <u>ORDER</u>
PROGRESSIVE CASUALTY INSURANCE     :
COMPANY, et al.,                           :
                        Defendants.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, in an Opinion and Order dated March 16, 2023, certification of two classes and four subclasses of each was granted and class counsel was appointed. It is hereby

       **ORDERED** that, by **April 7, 2023**, the parties shall meet and confer about the content of class notice and the plan for disseminating such notice and shall file a joint letter with their proposal, including a proposed form of class notice for the Court's approval.

Dated: March 17, 2023
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE