UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
DOMINICK VOLINO, ET AL.,              :
                    Plaintiffs,       :
                                      :        21 Civ. 6243 (LGS)
-against-                             :
                                      :   Application GRANTED nunc pro tunc. The Parties shall
PROGRESSIVE CASUALTY INSURANCE        :   submit their proposed class notice plan by **April 14,**
COMPANY, ET AL.,                      :   **2023**. No further extension will be granted absent
                    Defendants.       :   compelling circumstances.
                                      :
------------------------------------- X   Dated: April 10, 2023
                                      :          New York, New York
MICHAEL VERARDO, ET AL.,              :
                    Plaintiffs,       :
                                      :        22 Civ. 1714 (LGS)
-against-                             :
                                      :
PROGRESSIVE CASUALTY INSURANCE        :
COMPANY, ET AL.,                      :
                    Defendants.    X

                                                                           LORNA G. SCHOFIELD
                                                                     UNITED STATES DISTRICT JUDGE

**JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED NOTICE PLAN**

The Parties file this Joint Motion for Extension of Time to File Proposed Notice Plan, and further state as follows.

1. On March 16, 2023, this Court granted class certification. Dkt. No. 208. In the Order, this Court directed the Parties to confer in fashioning a proposed Notice Plan, which was to be filed by April 7, 2023.

2. The Parties have been conferring on a proposed Notice Plan, including the language of the Notice forms, methods for disseminating Notice, and gathering the data necessary to identify Class Members and their contact information.

1

3. The Parties do not believe they will be able to conclude that process before the end of the day. As such, the Parties request a brief extension to next Friday, April 14, 2023, to file the proposed Notice Plan.

4. The request is not made for purposes of delay, but rather is made in good faith and based on just cause. The Parties anticipate that if the request is granted, they will be able to jointly agree on a proposed Notice Plan to present to the Court.

5. As such, the Parties respectfully submit the instant Motion should be granted.

Dated this April 7, 2023.

| | |
|---|---|
| */s/ Hank Bates* | */s/ J. Matthew Brigman* |
| Hank Bates (admitted *pro hac vice*) | J. Matthew Brigman (admitted *pro hac vice*) |
| Tiffany Oldham (admitted *pro hac vice*) | Jeffrey S. Cashdan (admitted *pro hac vice*) |
| Lee Lowther (admitted *pro hac vice*) | Zachary A. McEntyre (admitted *pro hac vice*) |
| CARNEY BATES & PULLIAM, PLLC | Allison Hill White (admitted *pro hac vice*) |
| 519 W. 7th Street | KING & SPALDING LLP |
| Little Rock, Arkansas 72201 | 1180 Peachtree Street, N.E. |
| Telephone: (501) 312-8500 | Atlanta, Georgia 30309 |
| Fax: (501) 312-8505 | Telephone: (404) 572-4600 |
| hbates@cbplaw.com | Fax: (404) 572-5100 |
| toldham@cbplaw.com | mbrigman@kslaw.com |
| llowther@cbplaw.com | jcashdan@kslaw.com |
| | zmcentyre@kslaw.com |
| Thomas M. Mullaney (TM-4274) | awhite@kslaw.com |
| THE LAW OFFICE OF THOMAS M. MULLANEY | |
| 530 Fifth Avenue, 23rd Floor | Julia C. Barrett (admitted *pro hac vice*) |
| New York, New York 10036 | KING & SPALDING LLP |
| Telephone: 212-223-0800 | 500 W. 2nd Street |
| Fax: (212) 661-9860 | Austin, Texas 78701 |
| tmm@mullaw.org | Telephone: (512) 457-2000 |
| | Fax: (512) 457-2100 |
| | jbarrett@kslaw.com |
| Andrew J. Shamis (NY #5195185) | |
| SHAMIS & GENTILE, P.A. | Laura E. Harris |
| 14 NE First Avenue, Suite 705 | KING & SPALDING LLP |
| Miami, Florida 33132 | 1185 Avenue of the Americas |
| Telephone: (305) 479-2299 | 34th Floor |
| ashamis@shamisgentile.com | New York, New York 10036-4003 |
| | Telephone: (212) 556-2100 |
| Scott Edelsberg (admitted *pro hac vice*) | Fax: (212) 556-2222 |

Christopher Gold (admitted *pro hac vice*)
EDELSBERG LAW, PA
20900 NE 30th Avenue, Suite 417
Aventura, Florida 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com
chris@edelsberglaw.com

Jacob L. Phillips (admitted *pro hac vice*)
NORMAND PLLC
3165 McCrory Place, Suite 175
Orlando, FL 32803
Telephone: (407) 603-6031
jacob.phillips@normandpllc.com
ean@normandpllc.com

*Counsel for Plaintiff and the Proposed Class*

lharris@kslaw.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I certify that on April 7, 2023, I electronically transmitted the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide electronic mail notice to all counsel of record.

                                      */s/ Hank Bates*
                                      Hank Bates