UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINICK VOLINO et al.,
                  Plaintiff

-against-

PROGRESSIVE CASUALTY INSURANCE
COMPANY et al.,
                  Defendant.
------------------------------------------------------------X

21 Civ. 6243 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 1, 2023, the Court approved the class notice procedures set forth in the parties' joint letter. On May 8, 2023, the Court approved the postcard notice format proposed by Plaintiff. It is hereby

**ORDERED** that by **May 16, 2023**, the parties shall file a joint status letter describing the status of discovery, the procedural history of the case to date, including what pleadings have been filed, what motions have been filed and their resolution, what motions are contemplated, and proposed next steps with a proposed schedule.

Dated: May 10, 2023
      New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**