UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
DOMINICK VOLINO et al.,                                       :
                              Plaintiffs,                     :
              -against-                                       :   21 Civ. 6243 (LGS)
                                                              :
PROGRESSIVE CASUALTY INSURANCE CO.                            :   **ORDER**
et al.,                                                       :
                              Defendants.                     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 1, 2023, approved the notice procedures proposed by the parties. The Order dated May 8, 2023, approved the postcard notice proposed by Plaintiffs. That proposed postcard notice contained placeholders for the opt-out deadline and the link and toll-free number where prospective class members could obtain more information. If is hereby

**ORDERED** that by **June 23, 2023**, Plaintiffs' counsel shall file a letter attaching copies of the various forms of notice as actually provided or as to be provided to prospective class members. The letter shall also provide a status report on the notice process.

Dated: June 16, 2023
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**