# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Tel: +1 404 572 4600
Fax: +1 404 572-5100
www.kslaw.com

Jeffrey S. Cashdan
jcashdan@kslaw.com

> **Application GRANTED.  Third-Party Respondents' motion to seal this information was granted in the July 20, 2023, Order at Dkt. No. 260.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 283.**
>
> Dated: August 21, 2023
> New York, New York
>
> */s/ Lorna G. Schofield*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

August 17, 2023

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York

Re:   *Volino et al. v. Progressive Casualty Ins. Co., et al.*, No. 1:21-cv-06243-LGS

Dear Judge Schofield:

Defendants write pursuant to Rule I.D.3 of the Court's Individual Rules of Practice, and the Stipulated Protective Order entered on October 21, 2021, (Dkt. No. 45), as amended on January 25, 2022 (Dkt. No. 77) and request that the Court redact portions of their Reply in Support of their Motion for Summary Judgment (the "Reply"). The material references and discusses information that nonparties Mitchell International Inc. ("Mitchell"), and J.D. Power have designated confidential or highly confidential. It does not reference information so designated by Defendants.

The information Defendants seek to redact is information that was the subject of Mitchell and J.D. Power's July 14, 2023 Letter Motion to Seal (Dkt. No. 277) (pertaining, in part, to redacted information in Defendants' Motion for Summary Judgment (Dkt. No. 243) and Plaintiffs' Motion for Partial Summary Judgment (Dkt. No. 252)). The Court granted Mitchell and J.D. Power's motion on July 14, 2023 (Dkt. No. 260).

Thus, Defendants seek to redact in their Reply information that has been the subject of a previously granted Letter Motion to Seal. Pursuant to Rule I.D.3 and paragraph ten of the Stipulated Protective Order, a redacted copy of the Reply will be publicly filed contemporaneously with this letter, and a copy of the unredacted Reply with highlighted redactions will be filed provisionally under seal.

Respectfully submitted,

*/s/ Jeffrey S. Cashdan*
Jeffrey S. Cashdan

cc:  All Counsel of Record (via ECF)