UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINICK VOLINO et al.,
                Plaintiffs,

-against-

PROGRESSIVE CASUALTY INSURANCE CO. et al.,
                Defendants.
------------------------------------------------------------X

21 Civ. 6243 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on April 30, 2024, Plaintiffs filed a motion to exclude the testimony of two of Defendants' experts. The motion was accompanied by two memoranda of law and a declaration submitted by Plaintiffs' counsel. The declaration incorporated seven exhibits that totaled 515 pages, not including the length of three exhibits Plaintiffs have requested to file under seal. Certain exhibits are a full expert report and extensive excerpts of transcripts of and exhibits to witness depositions;

    WHEREAS, the Court's Individual Rule III.B.3 limits exhibits to motions to 15 pages each and that are excerpted to include only relevant material. The Rule likewise requires the parties to provide the Court with an electronic, text searchable courtesy copy of the entire document, if such copy is available, unless doing so would be unduly burdensome, for excerpted exhibits that are hearing or deposition transcripts or expert reports. It is hereby

    **ORDERED** that by **May 6, 2024**, Plaintiffs shall re-file their declaration and exhibits to comply with the Court's Rules. It is further

**ORDERED** that Plaintiffs shall email Schofield_NYSDChambers@nysd.uscourts.gov requesting a link to upload any courtesy copies.

**ORDERED** that Defendants shall file their response to Plaintiffs' motion by **May 21, 2024**.

The Clerk of Court is respectfully directed to strike the declaration and exhibits previously filed at Dkts. 308 and 309 from the docket.

Dated: May 2, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**