UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                  :

DOMINICK VOLINO, *on behalf of themselves*   : 
*and all others similarly situated*,                          :
                                                                                   :       21 Civ. 6243 (LGS)
                                                                  Plaintiff,         :
                                                                                   :             <u>ORDER</u>
                              -against-                          :
                                                                                     :
PROGRESSIVE CASUALTY INSURANCE            :
COMPANY, et al.,                                              :
                                                                                     :
                                                Defendants.   :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, any pending motions other than motions to seal are DENIED as moot, and all conferences are CANCELED. Plaintiff shall file the motion for preliminary approval of the class action settlement by July 1, 2024. The Clerk of Court is respectfully requested to close the motions at Dkts. 305, 313, 321, 326, 327, 328, 329, 330 and 331.

Dated: June 13, 2024
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                    **UNITED STATES DISTRICT JUDGE**