UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

DOMINICK VOLINO, et al.,
                        Plaintiffs,

          -against-

PROGRESSIVE CASUALTY INSURANCE
COMPANY, et al.,
                      Defendants.

------------------------------------------------------------

21 Civ. 6243 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on July 1, 2024, Plaintiffs filed a motion for preliminary approval of the proposed settlements with Defendants Progressive Advanced Insurance Company, Progressive Specialty Insurance Company, Progressive Max Insurance Company, and Progressive Casualty Insurance Company (the "Preliminary Approval Motion").  It is hereby

      **ORDERED** that on **August 14, 2024, at 3:00 P.M.**, a preliminary approval hearing will be held.  It is further

      **ORDERED** that any opposition to the Preliminary Approval Motion shall be filed no later than **July 31, 2024**.  Any opposition, objection or comment to the Preliminary Approval Motion shall not exceed fifteen (15) double-spaced pages.

Dated: July 2, 2024
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE