UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
: 
DOMINICK VOLINO, et al., :
                           Plaintiffs, :
: 21 Civ. 6243 (LGS)
          -against- :
: **ORDER**
PROGRESSIVE CASUALTY INSURANCE :
COMPANY, et al., :
                          Defendants. X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a preliminary approval hearing regarding the class action settlement will be held on August 14, 2024, at 3:00pm.

    WHEREAS, the Court's Individual Rule III.C.5. requires any party moving for preliminary approval of a class action settlement to provide a spreadsheet or other document detailing certain amounts related to the settlement fund and class recovery.  It is hereby

    **ORDERED** that Plaintiffs shall file a spreadsheet or other document in compliance with Rule III.C.5. by **August 9, 2024**.

Dated: August 6, 2024
       New York, New York

                                                    LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE