UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
: 
DOMINICK VOLINO, et al., :
                       Plaintiffs, :
: 21 Civ. 6243 (LGS)
           -against- :
: **ORDER**
PROGRESSIVE CASUALTY INSURANCE :
COMPANY, et al., :
                       Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a preliminary approval hearing regarding the class action settlement was held on August 14, 2024.  As discussed at the hearing, it is hereby

    **ORDERED** that Plaintiffs shall file revised versions of the following documents (both a clean copy and black line comparison), making the changes discussed at the hearing: (1) the proposed preliminary approval order, including revision to the GBL class definition, renaming both classes, the need for Court approval prior to any final distribution of remaining funds solely to digital payees, and actual dates rather than placeholders for next steps and (2) revised notice forms, including improving the readability of the email notice to more closely align with the website notice, conforming changes made to the proposed order, and implementing the discussed changes to "Important Things To Know," "Why Did I Get This Notice?" and "How Can I Get More Information?"  Plaintiffs shall provide a courtesy copy of the revised proposed order and revised notice forms by emailing them to the chambers inbox at Schofield_NYSDChambers@nysd.uscourts.gov.  It is further

    **ORDERED** that Defendants shall file a letter stating any objections to the revisions discussed at the hearing by **August 19, 2024**, and shall confer in advance with Plaintiffs in an effort to resolve any objections.

Dated: August 15, 2024
         New York, New York

                                                      LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE