

August 19, 2024

**<u>Via ECF</u>**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

    Re:    *Volino, et. al. v. Progressive Casualty Ins. Co.*, et al., No. 1:21-cv-06243-LGS

Dear Judge Schofield:

Pursuant to this Court's Order (ECF No. 377), Plaintiffs provide the following exhibits attached to this letter, reflecting revisions discussed at the August 14, 2024, hearing:

- A redlined copy of the Long-Form Notice (Exhibit 1);
- A clean copy of the Long-Form Notice (Exhibit 2);
- A redlined copy of the Email Notice (Exhibit 3);
- A clean copy of the Email Notice (Exhibit 4);
- A redlined copy of the proposed Preliminary Approval Order (Exhibit 5);
- A clean copy of the proposed Preliminary Approval Order (Exhibit 6); and
- A copy of the parties Amended Settlement Agreement (Exhibit 7).

The Long Form Notice incorporates the changes the Court directed at the preliminary approval hearing, and the Email Notice conforms to those changes. Given the revised class definitions, the parties executed an Amended Settlement Agreement that revises the Class Definitions to match those the Court requested. Otherwise, all substantive provisions of the parties' agreement remain unchanged.

Furthermore, the Court directed us to consult with the Settlement Administrator about whether the Email Notice can mirror the Long-Form notice. As I previewed at the hearing, that was our original plan, but the Settlement Administrator is concerned that doing so will undermine

the reach of the email notice program. The Settlement Administrator provides a detailed explanation of their concerns in a declaration Plaintiffs are filing contemporaneously with this letter. To ensure the Email Notice has the maximum possible reach, Plaintiffs' respectfully request the Court approve the Email Notice attached to this letter, which incorporates the line edits this Court requested at the hearing.

     If the Court has any questions, please do not hesitate to let me know.

                                    Respectfully submitted,

                                    Hank Bates

cc: All Counsel of Record via ECF