

March 6, 2025

<u>**Via ECF**</u>
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

   **Re: Volino, et. al. v. Progressive Casualty Ins. Co., et al., No. 1:21-cv-06243-LGS**

Judge Schofield:

   At the Final Fairness Hearing, the Court requested Class Counsel to submit a letter setting forth the percentage of Settlement Class Members with verified email addresses. As things currently stand,[1] 83% of Settlement Class Members have verified email addresses and thus will receive an email with the option for a digital payment. The remaining 17% will receive a mailed check payment.

   As discussed at the hearing and set forth in the settlement papers, in the initial distribution, the 83% of Settlement Class Members who possess verified email addresses will receive a link with digital payment options (*e.g.*, Venmo, Zelle, Paypal, MasterCard or ACH bank transfer). If they do not claim the digital payment within 30 days, their distribution will be converted to and delivered as a mailed physical check. The remaining 17% of Settlement Class Members referenced above will also receive their payment by mailed check.

   We anticipate that a portion of the checks will not be negotiated, resulting in residual funds. Those residual funds will be distributed pro rata to those who participated in the initial distribution—all who elected a digital payment will receive a subsequent payment via the digital method they previously elected, and all who negotiated a check will receive another physical check. We will follow this process until the average payment amount is less than $5.00.  At that time, per the Court's instructions, we will seek approval from the Court as to the method for subsequent distributions. We have previewed to the Court two options we are considering, but we will settle on a final proposal based upon the information we have at that time.

---

[1] Because the Settlement Administrator will continue validating all email addresses prior to the distribution, the final percentages may shift, although likely to an insignificant degree.

Respectfully submitted,

Hank Bates

cc: All Counsel of Record via ECF