UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

DOMINICK VOLINO, et al.,            :

                        Plaintiffs,    :

                                  :            21 Civ. 6243 (LGS)

            -against-         :

                                  :                **<u>ORDER</u>**

PROGRESSIVE CASUALTY INSURANCE    :
COMPANY, et al.,                             :

                       Defendants. :

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a final approval hearing regarding the class action settlement was held on March 5, 2025.

WHEREAS, the Order dated March 7, 2025, provided final approval of the class action settlement and directed that the case be closed.

WHEREAS, the Order dated March 20, 2025, awarded attorneys' fees and reimbursement of expenses to Class Counsel and service awards to the representative Plaintiffs. It is hereby

**ORDERED** that by **April 15, 2026**, the parties shall file a joint status letter providing an update on the status of the settlement administration, including (1) the progress of distributions to Class Members from the Settlement Fund, including the amounts distributed to date, (2) the status of payment of attorneys' fees and expenses and service awards, (3) the anticipated timeline for completion, if settlement administration is not yet complete and (4) the issues affecting completion, if any.  It is further

**ORDERED** that, if settlement administration has been completed, the parties shall include in the status letter a final accounting of (1) the total Settlement Fund, (2) the Claims Administrator's fee, costs and expenses, (3) attorneys' fees, costs and expenses, (4) Plaintiffs'

service fees, (5) any other deduction from the Settlement Fund before payment to Class Members and (6) the recovery in dollars and as a percentage of Plaintiffs' estimated damages for the Class in the aggregate and per Class Member, including any assumptions used in calculating these amounts.  If settlement administration has not been completed, the parties shall file a separate status letter providing this final accounting upon its completion.

Dated: April 1, 2026
      New York, New York

                                           LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE